**REID RUBINSTEIN & BOGATZ**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
CHARLES M. VLASIC III, ESQ
Nevada Bar No. 11308
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
cvlasic@rrblf.com
*Attorneys for Defendant*
*Robertson Alger & Spjute, PLLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAYCO FUNDING CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SHUMWAY VAN, LLC, a Nevada limited liability company; TRITON GRADING & PAVING, LLC, a Nevada limited liability company; SOUTHWEST MASONRY, LLC, a Nevada limited liability company; TRITON GRADING EQUIPMENT LEASING, INC., a Nevada corporation; MICHAEL LEAVITT, an individual; LUCAS LEAVITT, an individual; MARCUS LEAVITT, an individual; TYLER LEAVITT, an individual; VAN CHASE LAW, LLC, a Nevada limited liability company dba VC2 LAW; TEXAS SUITS, LLC, a Texas limited liability company; ROBERTSON ALGER & SPJUTE, PLLC, a Utah professional limited liability company; and DOES 4-20, inclusive,<br><br>Defendants. | CASE NO: 2:23-cv-01186-JCM-VCF<br><br>**STIPULATION AND ORDER REGARDING REMAND TO STATE COURT** |

Pursuant to L.R. 7-1, the parties to this action hereby jointly stipulate as follows and request entry of the proposed order set forth below:

<u>**RECITALS**</u>

WHEREAS, on January 31, 2020, Plaintiff Dayco Funding Corporation ("<u>Plaintiff</u>" or "<u>Dayco</u>"), filed a Complaint (the "<u>Complaint</u>") commencing the underlying litigation (the

REID RUBINSTEIN & BOGATZ
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
(702) 776-7000 FAX: (702) 776-7900

"<u>Litigation</u>"), in the Second Judicial District Court for the State of Nevada, County of Washoe (Case No. CV20-00194), asserting claims against Defendants Triton Grading & Pa<u>ving, LLC (</u>"Triton Paving"), Southwest <u>Masonry, LLC ("</u>Southwest Masonry"), Triton Grading Equip<u>ment Leasing,</u> Inc. ("Triton Grading"), Michael Leavitt, Lucas Leavitt, Marcus Leavitt, and T<u>yler Lea</u>vitt (collectively the "Leavi<u>tts"), and Shu</u>mway Van, LLC ("Shumway Van") (Triton Paving, Southwest Masonry, Triton Grading, the Leavitts, and Shumway Van are sometimes <u>all collectively r</u>eferred to herein as the "Original Defendants").

WHEREAS, on or about March 17, 2020, the Litigation was transferred from the Second Judicial District Court for the State of Nevada, County of Washoe, to the Eighth Judicial District Court for the State of Nevada, County of Clark (Case No. A-20-812984-C).

_____<u>WHEREAS,</u> on June 16, 2023, Dayco filed a First Amended Complaint (the "<u>First</u> Amended Complaint") in the Litigation, asserting claims against the <u>Orig</u>inal Defendants, and also against additiona<u>l Defend</u>ants Robertson Alger & S<u>pjute, PLL</u>C ("RAS"), Van Chase Law, LLC dba VC2 Law ("VC2 Law"), and Texas Suits, LLC (<u>"Texas Suits") (RAS,</u> VC2 Law, and Texas Suits are sometimes collectively referred to herein as the "Additional Defendants", and together, the <u>Original D</u>efendants and the Additional Defendants are sometimes collectively referred to herein as the "Defendants").

WHEREAS, on July 26, 2023, RAS removed the Litigation to the United States Di<u>strict Cou</u>rt for the District of Nevada pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (the "Removal").

WHEREAS, all of the Defendants consented to the Removal; however, Texas Suits did not sign the Removal for the reasons set forth therein, and has not yet appeared in this case.

WHEREAS, on <u>August 14, 2023, P</u>laintiff filed a Motion to Remand and for Attorney's Fees (ECF No. 11) (the "Motion to Remand").

WHEREAS, RAS has not yet filed an Opposition to Plaintiff's Motion to Remand.

WHEREAS in the interests of conserving judicial and litigants' time and resources, Plaintiff and Defendants hereby request that the Court enter the proposed order set forth below to

remand the Litigation back to the Eighth Judicial District Court for the State of Nevada, County of Clark, with each party to bear their own attorneys' fees and costs.

**<u>STIPULATION</u>**

NOW, THEREFORE, Plaintiff and Defendants in the above-captioned Litigation hereby stipulate and agree that the Litigation should be remanded back to the Eighth Judicial District Court for the State of Nevada, County of Clark, with each party to bear their own attorneys' fees and costs.

Dated this 25th day of August, 2023

REID RUBINSTEIN & BOGATZ

By: _/s/ I. Scott Bogatz, Esq._
  I. Scott Bogatz, Esq.
  Nevada Bar No. 3367
  Charles M. Vlasic III, Esq.
  Nevada Bar No. 11308
  300 South Fourth St., Ste. 830
  Las Vegas, Nevada 89101
*Attorneys for Defendant Robertson Alger & Spjute, PLLC*

Dated this 25th day of August, 2023

HOLLY DRIGGS

By: _/s/ Nicholas J. Santoro, Esq._
  Nicholas J. Santoro, Esq.
  Nevada Bar No. 532
  Oliver J. Pancheri, Esq.
  Nevada Bar No. 7476
  300 S. 4th Street, Ste. 1600
  Las Vegas, Nevada 89101
*Attorneys for Defendant Van Chase Law, LLC dba VC2 Law*

Dated this 25th day of August, 2023

KNIGHT & RYAN

By: _/s/ Robert A. Ryan, Esq._
  Robert A. Ryan, Esq.
  Nevada Bar No. 12084
  Scott A Knight, Esq.
  Nevada Bar No. 9083
  8880 W. Sunset Rd., Ste. 130
  Las Vegas, Nevada 89148
*Attorneys for Defendant/Cross-Defendant Shumway Van*

Dated this 25th day of August, 2023

KING SCOW KOCH DURHAM, LLC

By: _/s/ Daniel G. Scow, Esq._
  David R. Koch, Esq.
  Nevada Bar No. 8830
  Daniel G. Scow, Esq.
  Nevada Bar No. 14614
  11500 S. Eastern Ave., Ste. 210
  Henderson, Nevada 89052
*Attorneys for Defendants/Cross-Plaintiffs Triton Grading & Paving, LLC; Southwest Masonry, LLC; Triton Grading Equipment Leasing, Inc.; and Michael Leavitt, Lucas Leavitt, Marcus Leavitt and Tyler Leavitt*

REID RUBINSTEIN & BOGATZ
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
(702) 776-7000 FAX: (702) 776-7900

Dated this 25th day of August, 2023

VILORIA OLIPHANT OSTER & AMAN.
L.L.P.


By:___/s/___Nathan J. Aman, Esq.___
    R. Shawn Oliphant, Esq.
    Nevada Bar No. 6441
    Nathan J. Aman, Esq. (#8354)
    Emilee N. Hammond, Esq. (#14626)
    327 California Ave.
    Reno, Nevada 89509

KEMP JONES, LLP
    Michael J. Gayan, Esq.
    Nevada Bar No. 11135
    Don Springmeyer, Esq.
    Nevada Bar No. 1021
    Katrina Stark, Esq.
Nevada Bar No.16006
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Plaintiff Dayco Funding
Corporation*

## [PROPOSED] ORDER

Pursuant to the stipulation set forth above, it is hereby ordered that the Litigation is remanded back to the Eighth Judicial District Court for the State of Nevada, County of Clark, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED ___August 28, 2023___

_____
UNITED STATES DISTRICT COURT JUDGE

REID RUBINSTEIN & BOGATZ
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
(702) 776-7000  FAX: (702) 776-7900